Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No.: 2:17-cv-557-UA-CM |
| vs. | |
| ARTHREX, INC., | **NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** |
| Defendant. | |

Plaintiff, CODING TECHNOLOGIES LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and expenses incurred in this action.

**DATED** on December 28, 2017

Respectfully submitted,

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com
**Alberto T. Montequin, Esq.**
Florida Bar No. 0093795
Email: alberto@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email: leia@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES, LLC